UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ALVIN NETTLES,  )<br>  )<br>        Defendant.  ) | Case No. 4:18CR00058 SNLJ |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Nannette A. Baker (#74), filed December 20, 2018 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#45) be **DENIED**.

Dated this 24th day of January, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE